UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10372 |
| ) | |
| GEORGE KANDIRAKIS, ) | |
| JESS SICILIANO, ) | |
| MICHAEL ARCO ) | |
| Defendants ) | |
| ) | |

ASSENTED TO JOINT MOTION TO EXTEND TIME

Now come the defendants, GOERGE KANDIRAKIS, JESS SICILIANO, and MICHAEL ARCO, and move this Honorable Court to extend the time for filing their Motion for Discovery and Production of Discoverable Information up to and including April 25, 2005. In support thereof, the defendants state that:

1. The government has not yet produced the automatic discovery, including audiotapes, which defendants requested on February 24, 2005.

2. The defendants requested a time to view the video tapes in the custody of the Attorney General's office, but where not able to set up an agreeable date for the appointment, which requires the defendants to travel from New York State to Massachusetts.

3. The Assistant United States Attorney assigned to this case has assented to this Motion to Extend Time for the filing of defendants' Discovery Request.

1

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by first class mail, postage prepaid or by hand delivery.

Dated: 3-23-05
Signed: *Jennifer Cannon*

Respectfully Submitted,
GEORGE KANDIRAKIS
By his attorney

*Rosemary C. Scapicchio*
Rosemary C. Scapicchio
Four Longfellow Place
Suite 3703
Boston, MA 02114
(617) 263-7400
BBO # 558312

And

JESS SICILIANO
By his Attorney

*James E. McCall* (JEC)
James E. McCall
Four Longfellow Place
Suite 3703
Boston, MA 02114
(617) 720-2900
BBO# 327365

And

MICHAEL ARCO
By his Attorney

*Theodore A. Barone* (JEC)
Theodore A. Barone
1359 Hancock Street
Suite 4
Quincy, MA 02169
(617) 328-0411
BBO# 030190

2