UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10372 |
| GEORGE KANDIRAKIS, JESS SICILIANO, MICHAEL ARCO   Defendants | ) ) ) ) ) | |

<u>DEFENDANT'S MOTION FOR A LIMITED AMENDMENT TO THE
CONDITIONS OF HIS RELEASE</u>

Now comes the defendant, George Kandirakis, and moves this Honorable Court for permission to visit his family in Pennsylvania for a gathering to celebrate a belated Mother's Day, and to bid farewell to his cousin Scott Williamson, a reservist, who is being deployed to Iraq. The family has planned to celebrate all family occasions the weekend of June 10, 2005, in Taylor, Pennsylvania at the home of Betty Harrity, George Kandirakis' maternal grandmother.

In support of this Motion for a Limited Amendment to the Conditions of his Release, the defendant states that:

1. Assistant United States Attorney Nancy Rue has assented to this motion.

2. The defendant's Case Supervisor has approved the visit pending this Court's approval.

3. The defendant proposes to leave New York on June 10, 2005, travel to Taylor, PA, and return to New York by June 12, 2005.

4. The defendant will travel to and from Taylor PA in the company of his sister, Mia Kandirakis.

5. The defendant's grandmother, Betsy Harrity, lives at 351 Haverford Drive, Taylor PA.  The telephone number at that address is 914-393-0440.


Respectfully Submitted,
GEORGE KANDIRAKIS
By his attorney,

/s/Rosemary C. Scapicchio
Four Longfellow Place
Suite 3703
Boston, MA 02114
617) 263-7400
BBO # 558312

```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                )
UNITED STATES OF AMERICA,)
                                )
        v.                      )       CRIMINAL NO. 04-10372
                                )
GEORGE KANDIRAKIS,              )
JESS SICILIANO,                 )
MICHAEL ARCO                    )
    Defendants                  )
                                )
```

DEFENDANT'S AFFIDAVIT IN SUPPORT OF HIS MOTION FOR A LIMITED AMENDMENT TO THE CONDITIONS OF HIS RELEASE

I, GEORGE KANDIRAKIS, under the pains and penalties of perjury, hereby depose and state the following:

1. My family has planned a family event to celebrate a belated Mother's Day and to bid farewell to my cousin, Scott Williamson, a reservist, who is being deployed to Iraq.

2. The family event is set for the weekend of June 10, 2005 in Taylor, Pennsylvania at the home of Betsy Harrity, my maternal grandmother.

3. I propose to leave White Plains, New York on June 10, 2005, travel to Taylor, PA in the company of my sister, Mia Kandirakis.

4. I will be with family members, including my mother and father, for the duration of the weekend.

5. I will return to New York by June 12, 2005.

1

      6. My grandmother's address is 351 Haverford Drive, Taylor PA. The telephone number at that address is 570-562-0896.

Signed under the pains and penalties of perjury this 27th day of May 2005.

<u>/s/George Kandirakis</u>

```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA,)
                              )
     v.                       )    CRIMINAL NO. 04-10372
                              )
GEORGE KANDIRAKIS,            )
JESS SICILIANO,               )
MICHAEL ARCO                  )
     Defendants               )
                              )
```

<u>AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION FOR A LIMITED AMENDMENT TO THE CONDITIONS OF HIS RELEASE</u>

I, Rosemary Curran Scapicchio, under the pains and penalties of perjury, hereby depose and state the following:

1. In April 2005 my client requested, and the United States Attorney's office assented to, a limited amendment to the conditions of release for the defendant to visit his mother on Mother's Day.

2. At that time, I was on trial in Suffolk County Superior Court in the matter of <u>Commonwealth v. John Montero</u>, a first-degree murder. Because the trial took longer than anticipated, I was not able to file the Assented to Motion for Mother's Day in a timely fashion.

3. The family agreed to post-pone Mother's Day, and to combine it with other family occasions, and

1

    celebrate at a later date in order that I might file a timely request with this Court for the temporary amendment to allow the defendant to travel to his grandmother's house in Taylor, Pennsylvania.

4. Assistant United Statutes Attorney Nancy Rue has assented to this motion.

Signed under the pains and penalties of perjury this 27th day of May 2005.

/s/Rosemary Curran Scapicchio