UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 04-10372-WGY |
| | ) |
| v. | ) 21 U.S.C. § 846 -- |
| 1. JESS SICILIANO, | ) Conspiracy to Distribute and to Possess with |
| 2. MICHAEL ARCO and | ) Intent to Distribute Oxycodone |
| 3. GEORGE KANDIRAKIS | ) |
| | ) 21 U.S.C. § 853 -- |
| Defendants. | ) Criminal Forfeiture |
| | ) |

## SUPERSEDING INDICTMENT

**COUNT ONE:**    (21 U.S.C. § 846 -- Conspiracy to Distribute Oxycodone)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about June 2003 and continuing thereafter until in or about December 2004, at Boston and elsewhere in the District of Massachusetts and elsewhere,

1. JESS SICILIANO,
2. MICHAEL ARCO, and
3. GEORGE KANDIRAKIS

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury to possess with intent to distribute and to distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in this Superseding Indictment,

**JESS SICILIANO,
MICHAEL ARCO, and
GEORGE KANDIRAKIS**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NANCY RUE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; Sept 1, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
@ 1:40 P.M
9/1/05

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: __Massachusetts__   Category No. __II__   Investigating Agency __DEA__

City __Boston__

County __Suffolk__

Related Case Information:
Superseding Ind./ Inf. __X__   Case No. __04-10372 WGY__
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __04-0499; 527; 528; 530-RBC__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jess Siciliano__     Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1976__  SSN (last 4 #): __2587__  Sex __m__  Race: __w__   Nationality: __USA__

Defense Counsel if known: __James McCall__   Address: __4 Longfellow Pl #3703 Boston 02114__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__       Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __Hon R. Collings__ on __12/16/04__

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __9/1/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jess Siciliano

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 841(a)(1) & 846 | conspiracy to distribute oxycodone | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** DEA

City: Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf.  X    Case No. 04-10372-WGY
Same Defendant _____ New _____
Magistrate Judge Case Number  04-00499-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Michael Arco    Juvenile ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1976  **SSN (last 4 #):** 2396  **Sex** m  **Race:** w    **Nationality:** USA

**Defense Counsel if known:** Theodore Barone    **Address:** 1359 Hancock St #4, Quincy MA

**Bar Number:** _____

**U.S. Attorney Information:**

**SA** Nancy Rue    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** 7/28/05

☒ Already in Federal Custody as produce of Hon WG Young on 7/28/05
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty ___    ☐ Misdemeanor ___    ☒ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/1/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Pa___ of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Michael Arco

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  841(a)(1) & 846 | conspiracy to distribute oxycodone | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts   **Category No.** II   **Investigating Agency** DEA

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf. __X__   Case No. 04-10372-WGY
Same Defendant ___   New Defendant x
Magistrate Judge Case Number   04-0499; 527; 528; 530-RBC
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  George Kandirakis   Juvenile ☐ Yes  [x] No

Alias Name

Address

Birth date (Year only): 1980   SSN (last 4 #): 6423   Sex m   Race: w   Nationality: USA

Defense Counsel if known: Rosemary Scapicchio   Address: 4 Longfellow Pl. # 3703, Boston 02114

Bar Number:

**U.S. Attorney Information:**

AUSA  Nancy Rue   Bar Number if applicable

Interpreter: ☐ Yes [x] No   List language and/or dialect:

Matter to be SEALED:  ☐ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as ____ in ____
☐ Already in State Custody ____   ☐ Serving Sentence   ☐ Awaiting Trial
[x] On Pretrial Release: Ordered by HON R COLLINGS on 1/13/05

**Charging Document:**   ☐ Complaint   ☐ Information   [x] Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/1/05   Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    George Kandirakis

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  841(a)(1) & 846 | conspiracy to distribute oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**