```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
                             )
     v.                      )
                             ) CRIMINAL NO. 04-10372-WGY
3.   GEORGE KANDIRAKIS       )
                             )
     Defendant.              )
                             )
                             )
```

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following list of exhibits it anticipates it will offer in its case-in-chief.

1. 10/22/04 audio recording of Kandirakis & Adelman (2:58 p.m.) identified as DEA # N-27

2. 10/27/04 audio recording of Kandirakis & Adelman (7:05 p.m.) identified as DEA # N-31

3. 10/29/04 audio recording of voicemail to Kandirakis (1:57 p.m.) identified as DEA # N-31

4. 10/29/04 audio recording of voicemail from Kandirakis (2:05 p.m.) identified as DEA # N-36

5. 10/29/04 audio recording of Kandirakis & Adelman (2:08 p.m.) identified as DEA # N-31

6. 11/2/04 audio recording of voicemail from Kandirakis (3:12 p.m.) identified as DEA # N-36

7. 11/4/04 audio recording of Kandirakis & Adelman (3:38 p.m.) identified as DEA # N-37

8. 11/8/04 audio recording of Siciliano/Arco /Adelman & Tomasetta identified as DEA # N-42

9. 11/8/04 audio recording of Siciliano/Arco /Adelman &

```
             Tomasetta N-43

10.     11/04 audio recordings of Arco/Tomasetta identified as
        DEA # N-52

11.     11/18/04 audio recording of Arco /Adelman/Tomasetta
        identified as DEA # N-53

12.     11/18/04 audio recording of Arco /Adelman/Tomasetta
        identified as DEA # N-54

13.     11/18/04 audio recording of Arco/Tomasetta identified as
        DEA #N-55

14.     11/18/04 video recording of Arco/Tomasetta identified
        as DEA #N-57

15.     11/24/04 audio recording of Arco/Tomasetta (2:48 p.m.)
        identified as DEA # N-60

16.     11/24/04 audio recording of Arco/Tomasetta (2:48 p.m.)
        identified as DEA # N-60

17.     11/29/04 audio recording of Arco/Tomasetta (12:58 p.m.)
        identified as DEA # N-60

18.     11/30/04 audio recording of Arco/Tomasetta (10:30 p.m.)
        identified as DEA # N-63

19.     12/1/04 audio recording of Arco/Tomasetta (2:17 p.m.)
        identified as DEA # N-64

20.     12/1/04 audio recording of Arco/Tomasetta (9:54 p.m.)
        identified as DEA # N-64

21.     12/2/04 audio recording of Arco/Tomasetta (8:55 a.m.)
        identified as DEA # N-64

22.     12/2/04 audio recording of Arco/Tomasetta (4:00 p.m.)
        identified as DEA # N-64

23.     12/2/04 audio recording of Arco/Tomasetta (4:55 p.m.)
        identified as DEA # N-65

24.     T-Mobile telephone records 508/333-6501

25.     Nextel telephone records 508/962-9483

26.     Nextel telephone records 914/403-7899
```

27.   Nextel telephone records 917/299-7944

28.   Nextel telephone records 914/403-3775

29.   99 Oxycontin pills (80 mg oxycodone) purchased from Arco/Siciliano on 11/8/04 identified as DEA #5

30.   198 Oxycontin pills (80 mg oxycodone) purchased from Arco on 11/18/04 identified as DEA #16

31.   500 Oxycontin pills (80 mg oxycodone) seized from Arco's glove compartment on 12/2/04 identified as DEA #17

32.   Records from Union College regarding Kandirakis/Adelman

33.   Title documents regarding Lexus GS-300

34.   Nextel telephone seized from Arco identified as DEA #N-75

35.   Nextel telephone seized from Siciliano identified as DEA #    N-76

   The above list does not include rebuttal documents, if any. The government reserves the right to amend and/or supplement its exhibit list as necessary.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:   /s/ Nancy Rue
                              WILLIAM WEINREB
                              NANCY RUE
                              Assistant U.S. Attorneys