```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 04-10372-WGY |
| 3.  **GEORGE KANDIRAKIS** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

### GOVERNMENT'S WITNESS LIST

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following list of witnesses it anticipates it will offer in its case-in-chief.

Expert Witnesses

Roger Godino, DEA NE Regional Laboratory
Ann Marie Valentino, DEA NE Regional Laboratory
James Tolliver, Washington, DC

Law Enforcement and Lay Witnesses

Brian Tomasetta, Special Agent, Drug Enforcement Administration, Boston, MA

Christian Brackett, Special Agent, Drug Enforcement Administration, Boston, MA

Robert v. Polimeno, Special Agent, Drug Enforcement Administration, New York Division Office

Jonah Adelman, Natick, MA

Other Witnesses

Chain of Custody Witnesses for all items set forth on Exhibit List, if chain of custody is at issue

The above list does not include rebuttal witnesses, if any. The government reserves the right to amend and/or supplement its witness list as necessary.

                          MICHAEL J. SULLIVAN
                          United States Attorney

            By:   /s/ Nancy Rue
                  WILLIAM WEINREB
                  NANCY RUE
                  Assistant U.S. Attorneys