UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA, )
)
    v. ) CRIMINAL NO. 04-10372
)
GEORGE KANDIRAKIS, )
    Defendants )
)

DEFENDANT'S EXHIBIT LIST

The defendant, George Kandirakis, by his attorney, Rosemary Scapicchio, submits the following list of exhibits he anticipates he will offer.

1. Photographs found in Michael Arcos' house;
2. syringes found in Michael Arcos' house;
3. steroids found in Michael Arcos' house.
4. Plea agreement of Jonah Adelman;
5. convictions of Jonah Adelman, if any;
6. "Tough Enough" recordings of Jonah Adelman, if available;
7. "wrestler profile" of Jonah Adelman;
8. original complaint issued against Jonah Adelman;
9. superceding indictment as to Jonah Adelman.
10. Affidavit of Special Agent Christian Brackett.

1

The defendant reserves the right to amend and/or supplement his exhibit list as necessary.

Respectfully Submitted,
GEORGE KANDIRAKIS
By his attorney,

/s/ Rosemary Scapicchio
_____
Four Longfellow Place
Suite 3703
Boston, MA 02114
617) 263-7400
BBO # 558312