```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                                             Criminal No.
                                             04-10372-WGY


* * * * * * * * * * * * * * * *
                               *
UNITED STATES OF AMERICA       *
                               *   TESTIMONY OF
v.                             *   JONAH ADELMAN
                               *
GEORGE KANDIRAKIS              *
                               *
* * * * * * * * * * * * * * * *


           BEFORE:  The Honorable William G. Young,
                    District Judge, and a Jury



APPEARANCES:

           WILLIAM WEINREB and NANCY RUE, Assistant
    United States Attorneys, 1 Courthouse Way, Suite
    9200, Boston, Massachusetts 02210, on behalf of
    the Government

           LAW OFFICE OF ROSEMARY C. SCAPICCHIO (By
    Rosemary C. Scapicchio, Esq.), Four Longfellow
    Place, 37th Floor, Boston, Massachusetts 02114,
    on behalf of the Defendant




                                  1 Courthouse Way
                                  Boston, Massachusetts

                                  September 14, 2005
```