# United States District Court

DISTRICT OF _____

US    v. George Kandirakis

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 04 ~~10372~~

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Rue Weinreb | Scapicchio |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 9/12/05 |  |  | Brian Tomasetta |
|  |  |  |  | 1 | tape 10/22/04 |
|  |  |  | A | # | transcripts |
|  |  |  |  | 2 | Addman & Kandirakis tape 10/29/04 |
|  |  |  | B | 2 | transcript (tab d) of 2 |
|  |  |  |  | 5 | photograph |
|  |  |  |  | 6 | record of Lexus lease |
|  |  |  | ' | 3 | recorded convers between Addman & Kandirakis 11/4/04 |
|  |  |  |  | 7 | 98 (80mg) oxycontin pills |
|  |  |  |  | 8 | photo of Jess Siciliano |
|  |  |  |  | 9 | photo of Michael Arco |
|  |  |  |  | 10 | photo of Chicarelo |
|  |  |  |  | 11 | 198 oxycontin pills |
|  |  |  |  | 12 | recording 11/18/04 |
|  |  |  | D |  | transcript of 12 |
|  |  |  | C |  | trans of 3 |
|  |  |  |  | 13 | recording - 11/24/04 - Arco & Tomasetta |
|  |  |  | E |  | transcript of 13 |
|  |  |  |  | 14 | recording 11/30/04 |
|  |  |  | F |  | transcript of 14 |
|  |  | 9/14/05 |  |  | Brian Tomasetta |
|  |  |  |  |  | Jury Quest. #1,2,3 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pag

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

US vs. George Kandirakis   CASE NO. CR 04-1037

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/19/05 | | | Jonah Adelman |
| | | | | 15 | Adelman plea agreement |
| | | 9/22/05 | | | Jonah Adelman |
| | | | | | jury guest #4 |
| | | 9/23/05 | | | Jonah Adelman |
| | | | | 16 | photo of Jonah Adelman |
| | | | | | Brian Tomasetta recalled |
| | | | | 17 | Phone records Kandirakis |
| | | | | 18 | Nextel records - Siciliano |
| | | | | 19 | Nextel records - Northeast Environmental |
| | | | | 20 | records - Sienna |
| | | | | 21 | Computer chart re exh. 17-20 |
| | | | | | Chris Brackett |
| | | | G | 22 | ~~contr~~ steroids |
| | | | H | 23 | steroids found in bedroom |
| | | | I | 24 | steroids " " nightstand |
| | | | J | 25 | steroids " " Arco |
| | | | K | 26 | empty bottle hydrocodone |
| | | | L | 27 | " " " kitchen |
| | | | M | 28 | wooden box and needles |
| | | | | | Roger Godino |
| | | | | 29 | drugs (oxycontin) |
| | | | | 2 | CD |