UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA )
                         )  CRIMINAL ACTION
      v.                 )  NO. 04-10372-WGY
                         )
GEORGE KANDIRAKIS        )


JURY VERDICT


1.  On the charge of conspiracy to distribute oxycodone,
    we find George Kandirakis

    _____ not guilty

    ✓ guilty


2.  If guilty, we find there is reasonably attributable to
    George Kandirakis _____ oxycodone pills.

    fewer than 5 pills                          _____
    at least 5 but fewer than 9 pills           _____
    at least 9 but fewer than 19 pills          _____
    at least 19 but fewer than 37 pills         _____
    at least 37 but fewer than 75 pills         _____
    at least 75 but fewer than 112 pills        _____
    at least 112 but fewer than 149 pills       _____
    at least 149 but fewer than 187 pills       _____
    at least 187 but fewer than 746 pills       _____
    at least 746 but fewer than 1,306 pills     _____
    at least 1,308 but fewer than 1,866 pills   _____
    at least 1,866 but fewer than 5,597 pills   _____


                                    *Nancy Martin*
                                    _____
                                            Forelady

Date: 9/26/2005