1          UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MASSACHUSETTS

2
                                    Criminal No.
3                                   04-10372-WGY

4
   * * * * * * * * * * * * * * * *
5                                *
   UNITED STATES OF AMERICA      *
6                                *   **TRIAL TRANSCRIPT**
   v.                            *      (Volume 5)
7                                *      (Excerpts)
   GEORGE KANDIRAKIS             *
8  * * * * * * * * * * * * * * * *

9

10
              BEFORE:  The Honorable William G. Young,
11                        District Judge

12

13

14 APPEARANCES:

15          WILLIAM WEINREB and NANCY RUE, Assistant
       United States Attorneys, 1 Courthouse Way, Suite
16     9200, Boston, Massachusetts 02210, on behalf of
       the Government

17

18          LAW OFFICE OF ROSEMARY C. SCAPICCHIO (By
       Rosemary C. Scapicchio, Esq.), Four Longfellow
19     Place, 37th Floor, Boston, Massachusetts 02114,
       on behalf of the Defendant

20

21

22

23
                                1 Courthouse Way
24                              Boston, Massachusetts

25                              September 23, 2005