```
 1                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         04-10372-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *
     v.                             *   JURY INSTRUCTIONS
 7                                  *
     GEORGE KANDIRAKIS              *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10
              BEFORE:  The Honorable William G. Young,
11                     District Judge, and a Jury

12

13

14   APPEARANCES:

15           WILLIAM WEINREB and NANCY RUE, Assistant
         United States Attorneys, 1 Courthouse Way, Suite
16       9200, Boston, Massachusetts 02210, on behalf of
         the Government
17
             LAW OFFICE OF ROSEMARY C. SCAPICCHIO (By
18       Rosemary C. Scapicchio, Esq.), Four Longfellow
         Place, 37th Floor, Boston, Massachusetts 02114,
19       on behalf of the Defendant

20

21

22

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       September 26, 2005
```