UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 04-10372-WGY |
| 3.  **GEORGE KANDIRAKIS** | ) |
| | ) |
| **Defendant.** | ) |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT

The government respectfully moves for an extension of time from the current due date of January 3, 2006 until January 9, 2006 to file its objections, if any, to the presentence report.

As grounds therefor, the government notes that the undersigned attorney will be out of town on a prescheduled vacation from December 25 through January 4, 2006. Accordingly, the government respectfully seeks a brief extension in order to provide a response.

The government called defense counsel on December 22, 2005 regarding this request, and left a message describing the nature of this request and seeking assent to this motion. Government counsel has not yet received a response to that message.

                                      Respectfully Submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:   /s/ Nancy Rue
                               NANCY RUE
                               Assistant U.S. Attorney