UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.
04-10372-WGY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                    \*
UNITED STATES OF AMERICA            \*
                                    \*  **TRANSCRIPT OF**
v.                                  \*  **THE EVIDENCE**
                                    \*   (Volume 4)
GEORGE KANDIRAKIS                    \*
                                    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


BEFORE:  The Honorable William G. Young,
         District Judge, and a Jury




APPEARANCES:

        WILLIAM WEINREB and NANCY RUE, Assistant
United States Attorneys, 1 Courthouse Way, Suite
9200, Boston, Massachusetts 02210, on behalf of
the Government


        LAW OFFICE OF ROSEMARY C. SCAPICCHIO (By
Rosemary C. Scapicchio, Esq.), Four Longfellow
Place, 37th Floor, Boston, Massachusetts 02114,
on behalf of the Defendant








                              1 Courthouse Way
                              Boston, Massachusetts

                              September 22, 2005

1                          **I N D E X**

2
   **WITNESS:**           **DIRECT    CROSS    REDIRECT    RECROSS**
3

4    JONAH ADELMAN, Resumed

5       By Ms. Rue          3

6       By Ms. Scapicchio          59

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25