```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10372-WGY

 4
         * * * * * * * * * * * * * * * *
 5                                      *
         UNITED STATES OF AMERICA       *
 6                                      *   TRANSCRIPT OF
         v.                             *   THE EVIDENCE
 7                                      *   (Volume 5)
         GEORGE KANDIRAKIS              *   (Excerpts)
 8                                      *
         * * * * * * * * * * * * * * * *
 9

10
                 BEFORE:  The Honorable William G. Young,
11                        District Judge, and a Jury

12

13

14      APPEARANCES:

15              WILLIAM WEINREB and NANCY RUE, Assistant
        United States Attorneys, 1 Courthouse Way, Suite
16      9200, Boston, Massachusetts 02210, on behalf of
        the Government
17

18              LAW OFFICE OF ROSEMARY C. SCAPICCHIO (By
        Rosemary C. Scapicchio, Esq.), Four Longfellow
19      Place, 37th Floor, Boston, Massachusetts 02114,
        on behalf of the Defendant
20

21

22

23
                                       1 Courthouse Way
24                                     Boston, Massachusetts

25                                     September 23, 2005
```

# I N D E X

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| JONAH ADELMAN, Resumed | | | | |
| By Ms. Scapicchio | 5 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 16 | Photograph . . . . . . . . . . . . . . . . | | |