```
1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2
                                          Criminal No.
3                                         04-10372-WGY

4

       * * * * * * * * * * * * * * * *
5                                     *
       UNITED STATES OF AMERICA        *
6                                     *   CLOSING and REBUTTAL
       v.                              *   ARGUMENT BY THE GOVERNMENT
7                                     *
       GEORGE KANDIRAKIS               *
8                                     *
       * * * * * * * * * * * * * * * *
9

10
               BEFORE:  The Honorable William G. Young,
11                      District Judge, and a Jury

12

13

14     APPEARANCES:

15           WILLIAM WEINREB and NANCY RUE, Assistant
       United States Attorneys, 1 Courthouse Way, Suite
16     9200, Boston, Massachusetts 02210, on behalf of
       the Government
17

18           LAW OFFICE OF ROSEMARY C. SCAPICCHIO (By
       Rosemary C. Scapicchio, Esq.), Four Longfellow
19     Place, 37th Floor, Boston, Massachusetts 02114,
       on behalf of the Defendant
20

21

22

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       September 26, 2005
```