```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Criminal No.
 3                                          04-10372-WGY

 4
        * * * * * * * * * * * * * * * *
 5                                     *
        UNITED STATES OF AMERICA       *
 6                                     *
        v.                             *   DISPOSITION
 7                                     *
        GEORGE KANDIRAKIS              *
 8                                     *
        * * * * * * * * * * * * * * * *
 9

10
                BEFORE:  The Honorable William G. Young,
11                                District Judge

12

13

14      APPEARANCES:

15              NANCY RUE, Assistant United States
        Attorney, 1 Courthouse Way, Suite 9200, Boston,
16      Massachusetts 02210, on behalf of the Government

17
                LAW OFFICE OF ROSEMARY C. SCAPICCHIO (By
18      Rosemary C. Scapicchio, Esq.), Four Longfellow
        Place, 37th Floor, Boston, Massachusetts 02114,
19      on behalf of the Defendant

20

21

22

23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      February 24, 2006
```