```
              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 04-10372-WGY |
| | ) | |
| GEORGE KANDIRAKIS | ) | |
| | ) | |

MOTION TO EXTEND THE TIME FOR FILING DEFENDANT'S
SUPPLEMENTAL SENTENCING MEMORANDUM BY ONE DAY

Now comes the counsel for defendant George Kandirakis, and moves this Honorable Court to accept his supplemental sentencing memorandum one day late. As reasons therefore, counsel states the following:

1. She has been ill with pneumonia for two weeks;

2. She has been primarily responsible for the day to day activities of her three children since her husband's surgery on February 22, 2006, including driving the children to and from school and to all after school activities.

                              Respectfully Submitted,
                              GEORGE KANDIRAKIS
                              By his attorney,

                              /s/Rosemary C. Scapicchio
                              Four Longfellow Place
                              Suite 3703
                              Boston, MA 02114
                              (617) 263-7400
                              BBO # 558312

```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | NO. 04-10372-WGY |
| GEORGE KANDIRAKIS | ) ) ) | |

AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND THE TIME FOR FILING BY ONE DAY

I, Rosemary Curran Scapicchio, hereby depose and state:

1. I am counsel of record for the defendant, George Kandirakis in the above captioned case.
2. I have pneumonia for the past two weeks.
3. I have had to cut workdays short to care for my children since my husband's surgery on February 22, 2006.

Signed under the pains and penalties of perjury this 13th day of March 2006.

/s/Rosemary Curran Scapicchio