AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
CLERKS OFFICE

2006 APR 14 A 8: 26

DISTRICT OF

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

v.

George Kandirakis

**WARRANT FOR ARREST**

CASE NUMBER: 04-10372-WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____George Kandirakis____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute and possess with intent to distribute oxycodone, a Schedule II controlled substance,

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2006 DEC 16 A 9:17

in violation of
Title ____ United States Code, Section(s) 841(a)(1) and 846

Hon. Robert B. Collings                          United States Magistrate Judge
Name of Issuing Officer                          Title of Issuing Officer

/s/ [signature]                                  DEC 15 2004
Signature of Issuing Officer                     Date and Location
                                                 HON. ROBERT B. COLLINGS
                                                 UNITED STATES MAGISTRATE JUDGE
                                                 United States District Court
                                                 United States Courthouse, - Suite 6420
                                                 1 Courthouse Way
                                                 Boston, MA 02210

Bail fixed at $ _____ by _____
                                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at DEA

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/15/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.